STEVEN G. KALAR
Federal Public Defender
ELIZABETH FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
Elizabeth_falk@fd.org

Counsel for Defendant LIGE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA,  Plaintiff,  v.  MAURICE LIGE,  Defendant. | Case No. CR 20-269 RS  **STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE AND CONTINUE HEARING** |
|---|---|

The parties stipulate that the briefing schedule be modified to allow defense counsel one extra week to file its motion to suppress. Maurice Lige respectfully requests that the Motion to Suppress briefing dates and hearing be modified as follows:

**September 21, 2020:** Defense files opening brief

**October 5, 2020:** Government counsel files opposition

**October 12, 2020:** Defense files reply

**October 20, 2020:** Hearing on motion to suppress

IT IS SO STIPULATED.

Date: September 14, 2020         __/S_____
                                 DAN KARMEL
                                 Assistant United States Attorney

Date: September 14, 2020         __/S_____
                                 ELIZABETH FALK
                                 Assistant Federal Public Defender

IT IS SO ORDERED.

September 14, 2020               _____
Date                             RICHARD SEEBORG
                                 United States District Judge

US v. Lige, Case No. 20-269 RS;
Stip. & [Proposed] Order to Modify Briefing Schedule    2